UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MENDOZA, LORI ANN § Case No. 12-14490
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-14490 | JSB | Judge: JANET S. BAER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MENDOZA, LORI ANN | | | Date Filed (f) or Converted (c): | 04/10/12 (f) |
| | | | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending: | 06/06/13 | | | Claims Bar Date: | 09/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family house Location: 3212 S. Wells, Chica | 267,000.00 | 0.00 | | 0.00 | FA |
| 2. single family house located at 4446 S. Shields, Ch | 125,458.00 | 0.00 | | 0.00 | FA |
| 3. vacant lot located at 1426 W. 50th Street, Chicago | 8,500.00 | 0.00 | | 0.00 | FA |
| 4. U.S. Currency | 50.00 | 0.00 | | 0.00 | FA |
| 5. Checking account # ***********2866 JP Morgan Chase | 1.10 | 0.00 | | 0.00 | FA |
| 6. Individual investment account managed by Vanguard | 452.22 | 0.00 | | 0.00 | FA |
| 7. Ordinary household goods and furnishings, none val | 650.00 | 0.00 | | 0.00 | FA |
| 8. Numerous paperback books and five (5) paintings. L | 150.00 | 150.00 | | 0.00 | FA |
| 9. Ordinary wearing apparel. Location: 3212 S. Wells, | 250.00 | 250.00 | | 0.00 | FA |
| 10. Wedding band. Location: 3212 S. Wells, Chicago IL | 100.00 | 100.00 | | 0.00 | FA |
| 11. 401 (k) and profit sharing through debtor's employ | 117,332.00 | 117,332.00 | | 0.00 | FA |
| 12. Roth IRA through debtor's employer, Rothschild Inv | 935.24 | 935.24 | | 0.00 | FA |
| 13. 1999 GMC Sonoma pickup truck with mileage of 128,0 | 2,369.00 | 2,369.00 | | 0.00 | FA |
| 14. 2011 tax refund (u) | 0.00 | 13,000.00 | | 5,791.32 | FA |
| 15. 2011 IL REFUND (u) | 0.00 | 2,557.00 | | 2,557.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $523,247.56 | $136,693.24 | | $8,348.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 17.02c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-14490 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MENDOZA, LORI ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7902 Checking Account |
| Taxpayer ID No: | *******9188 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,998.47 | | 1,998.47 |
| 08/31/12 | 14 | LORI A. MENDOZA | Deposit | 1224-000 | 2,000.00 | | 3,998.47 |
| 09/25/12 | 14 | Lori A. Mendoza | Deposit | 1224-000 | 1,791.32 | | 5,789.79 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.53 | 5,787.26 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.79 | 5,783.47 |
| 11/07/12 | 15 | LORI A. MENDOZA | RCPTS - LIQUID. OF PERSONAL PROP. | 1224-000 | 2,557.00 | | 8,340.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.14 | 8,335.33 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.31 | 8,330.02 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,317.64 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 8,306.47 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.93 | 8,299.54 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.35 | 8,287.19 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,275.27 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,346.79 | 71.52 | 8,275.27 |
| Less: Bank Transfers/CD's | 1,998.47 | 0.00 | |
| Subtotal | 6,348.32 | 71.52 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,348.32 | 71.52 | |

Page Subtotals 8,346.79 71.52

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.02c

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-14490 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MENDOZA, LORI ANN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6100 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9188 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/12 | 14 | Lori Mendoza | RCPTS - LIQUID. OF PERSONAL PROP. | 1224-000 | 2,000.00 | | 2,000.00 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 1.53 | 1,998.47 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,998.47 | 0.00 |

```
                                            COLUMN TOTALS                    2,000.00      2,000.00        0.00
                                        Less: Bank Transfers/CD's                0.00      1,998.47
                                            Subtotal                          2,000.00          1.53
                                        Less: Payments to Debtors                               0.00
                                            Net                               2,000.00          1.53

                                                                                              NET
                                                              NET DEPOSITS           DISBURSEMENTS      ACCOUNT
TOTAL - ALL ACCOUNTS                                                                                   BALANCE
       Checking Account - ********7902                             6,348.32             71.52         8,275.27
       Money Market - Interest Bearing - ********6100              2,000.00              1.53             0.00
                                                              --------------       --------------   --------------
                                                                   8,348.32             73.05         8,275.27
                                                              ==============       ==============   ==============
                                                              (Excludes Account    (Excludes Payments  Total Funds
                                                                 Transfers)           To Debtors)      On Hand
```

Page Subtotals    2,000.00    2,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.02c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 02, 2013 |

Case Number: 12-14490  
Debtor Name: MENDOZA, LORI ANN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>001<br>3110-00 | MAXWELL LAW GROUP<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $3,410.65 | $0.00 | $3,410.65 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $6.93 | $6.93 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,395.61 | $0.00 | $16,395.61 |
| 000002<br>070<br>7100-00 | Sprint Nextel<br>Sprint Nextel - Correspondence<br>P.O. Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $361.07 | $0.00 | $361.07 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $41,786.05 | $0.00 | $41,786.05 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $9,253.87 | $0.00 | $9,253.87 |
| | Case Totals: | | | $71,214.18 | $6.93 | $71,207.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-14490
Case Name: MENDOZA, LORI ANN
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Sprint Nextel | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE