# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:

MENDOZA, LORI ANN                                                                                        Case No. **12-14490**

Debtor(s)

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

_____

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 AM** on **08/06/2013** in Courtroom 615,

United States Courthouse<br>
219 South Dearborn Street<br>
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2013                                                                          By: /s/ Andrew J. Maxwell
                                                                                                                                                                                                 Trustee

**ANDREW J. MAXWELL, TRUSTEE**
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lori Ann Mendoza  
     Debtor

Case No. 12-14490-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: acox      Page 1 of 2      Date Rcvd: Jul 03, 2013  
                 Form ID: pdf006      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2013.
```
db          +Lori Ann Mendoza,    3212 S. Wells,    Chicago, IL 60616-3620
aty         +Maxwell Law Group, LLC,    105 W. Adams, Ste 3200,    Chicago, IL 60603-6209
18754707    +Awa Collections,    P O Box 6605,    Orange, CA 92863-6605
18754708    +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
18754710    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18754716    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18754717    +Fifth Third Bank,    c/o Bankruptcy Dept.,    1850 East Paris Ave. SE,
              Grand Rapids, MI 49546-6210
18754718    +Mariano Mendoza,    3212 S. Wells,    Chicago, IL 60616-3620
18754722    +Northland Group, Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
18754724    +Urban Partnership Bank,    Federal Deposit Insurance Corp,    Receiver for ShoreBank,
              330 North Wabash, Suite 1700,    Chicago, Illinois 60611-7765
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18754706    +E-mail/Text: jcoppolino@access-cu.com Jul 04 2013 00:52:18     Access Credit Union,
              10001 W Roosevelt Rd,    Westchester, IL 60154-2600
18754714     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 04 2013 01:00:56     Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
19074755     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 04 2013 01:00:56     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18754715    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 04 2013 01:00:56
              Discover Financial Services, LLC,    Attention:  Bankruptcy Department,    Po Box 3025,
              New Albany, OH 43054-3025
19370107    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 04 2013 01:39:31
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
18754723     E-mail/Text: appebnmailbox@sprint.com Jul 04 2013 00:51:04     Sprint Nextel,
              Sprint Nextel - Correspondence,    P.O. Box 7949,    Overland Park, KS 66207-0949
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18754709*    +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
18754711*    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18754712*    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18754719*    +Mariano Mendoza,    3212 S. Wells,    Chicago, IL 60616-3620
18754720*    +Mariano Mendoza,    3212 S. Wells,    Chicago, IL 60616-3620
18754721*    +Mariano Mendoza,    3212 S. Wells,    Chicago, IL 60616-3620
18754713    ##+Citimortgage, Inc.,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: acox                 Page 2 of 2                  Date Rcvd: Jul 03, 2013
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2013 at the address(es) listed below:

        Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com

        Brian E Lewis    on behalf of Creditor   Access Credit Union blewis@walinskilaw.com, ntriebe@walinskilaw.com

        Brianna M Sansone    on behalf of Creditor   URBAN PARTNERSHIP BANK as successor in interest to the FEDERAL DEPOSIT INSURANCE COPRORATION as receiver of SHOREBANK bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com

        Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com, preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com, naelipas@maxwellandpotts.com

        Keith  Levy    on behalf of Creditor   Fifth Third Mortgage Company anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com

        Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com, maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Peter C Bastianen    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com

        Stephen Michael Eifrid    on behalf of Debtor Lori Ann Mendoza michaeleifridnaturallaw@yahoo.com

        Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com, maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com, cjcapo@maxwellandpotts.com

                                                                                       TOTAL: 11