UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MENDOZA, LORI ANN | § | Case No. 12-14490 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER <br>   ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Access Credit Union 10001 W Roosevelt Rd Westchester, IL 60154 |  |  |  |  |  |
|  | Citimortgage, Inc. P.O. Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank c/o Bankruptcy Dept. 1850 East Paris Ave. SE Grand Rapids, MI 49546 | | | | | |
| | Urban Partnership Bank/Shore Bank 7936 S. Cottage Grove Ave. Chicago, IL 60619 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP | | | | | |
| MAXWELL LAW GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Awa Collections P O Box 6605 Orange, CA 92613 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | SPRINT NEXTEL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-14490 | JSB | Judge: JANET S. BAER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MENDOZA, LORI ANN | | | Date Filed (f) or Converted (c): | 04/10/12 (f) |
| | | | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending: | 10/30/13 | | | Claims Bar Date: | 09/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family house Location: 3212 S. Wells, Chica | 267,000.00 | 0.00 | | 0.00 | FA |
| 2. single family house located at 4446 S. Shields, Ch | 125,458.00 | 0.00 | | 0.00 | FA |
| 3. vacant lot located at 1426 W. 50th Street, Chicago | 8,500.00 | 0.00 | | 0.00 | FA |
| 4. U.S. Currency | 50.00 | 0.00 | | 0.00 | FA |
| 5. Checking account # ***********2866 JP Morgan Chase | 1.10 | 0.00 | | 0.00 | FA |
| 6. Individual investment account managed by Vanguard | 452.22 | 0.00 | | 0.00 | FA |
| 7. Ordinary household goods and furnishings, none val | 650.00 | 0.00 | | 0.00 | FA |
| 8. Numerous paperback books and five (5) paintings. L | 150.00 | 150.00 | | 0.00 | FA |
| 9. Ordinary wearing apparel. Location: 3212 S. Wells, | 250.00 | 250.00 | | 0.00 | FA |
| 10. Wedding band. Location: 3212 S. Wells, Chicago IL | 100.00 | 100.00 | | 0.00 | FA |
| 11. 401 (k) and profit sharing through debtor's employ | 117,332.00 | 117,332.00 | | 0.00 | FA |
| 12. Roth IRA through debtor's employer, Rothschild Inv | 935.24 | 935.24 | | 0.00 | FA |
| 13. 1999 GMC Sonoma pickup truck with mileage of 128,0 | 2,369.00 | 2,369.00 | | 0.00 | FA |
| 14. 2011 tax refund (u) | 0.00 | 13,000.00 | | 5,791.32 | FA |
| 15. 2011 IL REFUND (u) | 0.00 | 2,557.00 | | 2,557.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $523,247.56 | $136,693.24 | | $8,348.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1    Ver: 17.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-14490 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MENDOZA, LORI ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7902  Checking Account |
| Taxpayer ID No: | *******9188 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,998.47 | | 1,998.47 |
| 08/31/12 | 14 | LORI A. MENDOZA | Deposit | 1224-000 | 2,000.00 | | 3,998.47 |
| 09/25/12 | 14 | Lori A. Mendoza | Deposit | 1224-000 | 1,791.32 | | 5,789.79 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.53 | 5,787.26 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.79 | 5,783.47 |
| 11/07/12 | 15 | LORI A. MENDOZA | RCPTS - LIQUID. OF PERSONAL PROP. | 1224-000 | 2,557.00 | | 8,340.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.14 | 8,335.33 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.31 | 8,330.02 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,317.64 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 8,306.47 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.93 | 8,299.54 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.35 | 8,287.19 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,275.27 |
| 08/07/13 | 010002 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,584.83 | 6,690.44 |
| 08/07/13 | 010003 | MAXWELL LAW GROUP<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Claim 6, Payment 100.00000% | | | 3,157.15 | 3,533.29 |
| | | | Fees        3,149.00 | 3110-000 | | | |
| | | | Expenses       8.15 | 3120-000 | | | |
| 08/07/13 | 010004 | Discover Bank<br>DB Servicing Corporation | Claim 000001, Payment 5.21158% | 7100-000 | | 854.47 | 2,678.82 |

Page Subtotals    8,346.79    5,667.97

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-14490 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MENDOZA, LORI ANN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7902 Checking Account |
| Taxpayer ID No: | *******9188 |  |  |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/13 | 010005 | PO Box 3025<br>New Albany, OH 43054-3025<br>Sprint Nextel | Claim 000002, Payment 5.21229% | 7100-000 |  | 18.82 | 2,660.00 |
| 08/07/13 | 010006 | Sprint Nextel - Correspondence<br>P.O. Box 7949<br>Overland Park, KS 66207-0949<br>PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 5.21160% | 7100-000 |  | 2,177.72 | 482.28 |
| 08/07/13 | 010007 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 5.21166% | 7100-000 |  | 482.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS |  | 8,346.79 | 8,346.79 | 0.00 |
| Less: Bank Transfers/CD's |  | 1,998.47 | 0.00 |  |
| Subtotal |  | 6,348.32 | 8,346.79 |  |
| Less: Payments to Debtors |  |  | 0.00 |  |
| Net |  | 6,348.32 | 8,346.79 |  |

Page Subtotals    0.00    2,678.82

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-14490 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MENDOZA, LORI ANN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6100 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9188 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/12 | 14 | Lori Mendoza | RCPTS - LIQUID. OF PERSONAL PROP. | 1224-000 | 2,000.00 | | 2,000.00 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 1.53 | 1,998.47 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,998.47 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,000.00 | 2,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,998.47 | |
| Subtotal | 2,000.00 | 1.53 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,000.00 | 1.53 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7902 | 6,348.32 | 8,346.79 | 0.00 |
| Money Market - Interest Bearing - ********6100 | 2,000.00 | 1.53 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,348.32 | 8,348.32 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 2,000.00 2,000.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*